**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

| | |
|---|---|
| DANIEL BAIDEN, )<br> )<br>  Plaintiff )<br> )<br>  v. )<br> )<br> PORTFOLIO RECOVERY ASSOCIATES, )<br> LLC, )<br> )<br>  Defendant )<br> ) | **Case No.: 1:13-cv-1954-MJG** |

## NOTICE OF VOLUNTARY DISMISSAL

TO THE CLERK:

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff voluntarily dismisses his Complaint with prejudice.

Dated: November 22, 2013    BY: */s/ Amy L. Bennecoff*
　　　　　　　　　　　　　　　Amy L. Bennecoff, Esquire
　　　　　　　　　　　　　　　Kimmel & Silverman, P.C
　　　　　　　　　　　　　　　Bar ID No. 29950
　　　　　　　　　　　　　　　30 East Butler Pike
　　　　　　　　　　　　　　　Ambler, PA 19002
　　　　　　　　　　　　　　　Phone: (215) 540-8888
　　　　　　　　　　　　　　　Facsimile: (215) 540-8817
　　　　　　　　　　　　　　　Email: abennecoff@creditlaw.com
　　　　　　　　　　　　　　　Attorney for Plaintiff

**Certificate of Service**

I hereby certify that on this 22nd day of November, a true and correct copy of the foregoing pleading served via mail to the below:

Keith S. McGurgan, Esq.
Portfolio Recovery Associates
140 Corporate Boulevard
Norfolk, VA 23502

                                              */s/ Amy L. Bennecoff*
                                              Amy L. Bennecoff, Esquire
                                              Kimmel & Silverman, P.C
                                              Bar ID No. 29950
                                              30 East Butler Pike
                                              Ambler, PA 19002
                                              Phone: (215) 540-8888
                                              Facsimile: (215) 540-8817
                                              Email: abennecoff@creditlaw.com
                                              Attorney for Plaintiff